IN THE UNITED STATES BANKRUPTCY COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Valerie Frances Tolson,   Pro Se | ) Chapter 13 )  ) Case No. 18-13351 )  ) Adversary Proceeding Number )  ) _____ )  ) Judge: Jacqueline P. Cox |

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 06 2023

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

### PRO SE' DEBTOR'S ADVERSARY COMPLAINT
### TO REMOVE STUDENT LOAN CREDITORS FROM CHAPTER 13 PLAN

Now comes Valerie Tolson, Pro Se' Debtor in the above entitled case and moves this Honorable Court remove all claims for student loan debt and servicers of said debt, Naviant Solutions, Illinois State Assistance Commission, Ascendium Education Solutions, and Education Credit Management Corporation (ECMC) from Pro Se Debtor's Chapter 13 Plan and in support thereof states as follows:

1. That Debtor filed for Chapter 13 relief on May 7, 2018.

2. The 60 month plan was confirmed on November 19, 2018.

3. That Debtor has attended all court proceedings that she has been made aware.

4. That all Plan payments are current (58 of 60 as of March 6, 2023).

5. That Debtor attended Keller Graduate School of Management, and secured student loan debt through the Federal Family Education Loan Program, or FFELP, to cover the cost of attendance.

6. That Debtor submitted a Borrower Defense to Repayment discharge application relating to student loans on or before June 22, 2022, and attended a school listed on the attached list of schools "A Guide To The Sweet Settlement" as part of the settlement agreement documents.

7. That Debtor is a member of the "automatic discharge" group, in the *Sweet v. Cardona*, No. 3:19-cv-3674 (N.D. Cal.) and is eligible for settlement relief, as ordered in the February 25, 2023 ruling by Judge William Alsup, and as confirmed in the attached February 28, 2023 Email from the U.S. Department of Education.

> **SAN FRANCISCO [February 25, 2023]** – Late last night, Judge William Alsup denied the motion to stay implementation of settlement relief in the borrower defense lawsuit <u>Sweet v. Cardona</u>. With this order, full settlement relief granted to class members may now proceed,. . .

8. Based on the ruling, the approved settlement would automatically cancel more than $6 billion in federal student loans for over 200,000 class members . . . where the Department of Education will:

   a. Discharge debtor's federal student loans taken out for enrollment in the Keller Graduate School of Management ("Relevant Federal Student Loan(s)");
   b. Provide a refund for any payments made to the Department of Education on Debtor's Relevant Federal Student Loan(s), including Relevant Federal Student Loan debt that was previously paid off; and
   c. Delete the credit report tradeline associated with the discharged loan(s)

9. Furthermore, Navient appears on Debtors list of claims, but is reporting a $0.00 balance at the Naviant Account Summary (see attached), which was confirmed by phone (888-272-5543). The loans were paid off by the Illinois Student Assistance Commission (ISAC - 800-899-4722) on 10/02/2018 (see attached).

10. The Illinois Student Assistance Commission (ISAC) no longer has the student loan records, nor the system to manage student loans., having transferred the student loan function to the Education Credit Management Corp (ECMC - 800-367-1589). ECMC appears as unsecured debt on Pro Se Debtor's Chapter 13 Plan. Ascedium is listed as a servicer at Debtor's My.Aid website profile.

11. Because Naviant and ISAC are no longer reporting a balance in any accounts for Debtor, Debtor is requesting this court remove, Naviant and Illinois Student Assistance Commission from Debtor's plan, and remove E.C.M.C., as a result of the findings in the Sweet vs. Cardona law suit.

12. That all creditors and parties in interest have been provided with notice of this complaint.

   WHEREFORE, the Pro Se' Debtor respectfully requests that this Honorable Court enter an Order authorizing the removal of all claims related to student loan debt and for such other relief as this court deems proper.

Respectfully submitted,

*Valerie Frances Tolson*
Valerie Frances Tolson

Prepared by:
Valerie Frances Tolson, Pro Se'
5302 South Cornell, #2, Chicago, Illinois, 60615
(773) 344-6850

## CERTIFICATE OF SERVICE

I certify that the debtor has caused a copy of this notice to be delivered to the parties listed on the Mailing List below, by depositing it in the U.S. Mail as to those parties so designated to receive notice by mailing at 211 South Clark, Chicago, Illinois, 60603 on March 6, 2023.

Navient
P.O. Box 9533
Wilkes-Barre, PA 18773-9533

Illinois Student Assistance Corporation
500 West. Monroe, 3rd Floor
Springfield, IL 62704

E.C.M.C. – Education Credit Management Corporation
PO Box 16408
St. Paul, MM 55116-0408

Ascendium Education Solutions
PO Box 7859
Madison, WI. 53707

Respectfully submitted,

Valerie Frances Tolson

Prepared by:
Valerie Frances Tolson, Pro Se
5302 South Cornell, #2
Chicago, Illinois,

# Approval of Your Borrower Defense Case Under Exhibit C of the Sweet v. Cardona Settlement

U.S. Department of Education <noreply@studentaid.gov>
Tue 2/28/2023 12:26 PM

To: vftolsoninc@msn.com <vftolsoninc@msn.com>

Click here to view this email as a web page.



February 28, 2023

Borrower Defense Application #: 01445667
Borrower Defense Application School: Keller Graduate School of Management

Approval of Your Borrower Defense Case Under Exhibit C of the *Sweet v. Cardona* Settlement

Dear Valerie:

You are receiving this letter because you are a member of the class of federal student loan borrowers covered by the recent settlement of the *Sweet v. Cardona* ("*Sweet*") lawsuit. You submitted a Borrower Defense to Repayment discharge application relating to your federal student loan(s) on or before June 22, 2022, and you attended a school listed on Exhibit C ("School") of the settlement agreement.

Pursuant to the *Sweet* settlement, the Department of Education will do the following:

- discharge your federal student loan(s) taken out for your enrollment in the Keller Graduate School of Management ("Relevant Federal Student Loan(s)");
- provide a refund for any payments made to the Department of Education on your Relevant Federal Student Loan(s), including Relevant Federal Student Loan debt that you previously paid off; and
- delete the credit report tradeline associated with the discharged loan(s).

The benefits described in this message apply to your Relevant Federal Student Loan(s). The benefits do not apply to private loans. The discharge of your Relevant Federal Student Loan(s) means that you will no longer owe the debt.

You also may receive a refund for prior payments made to the Department on your discharged loan(s) related to Keller Graduate School of Management. Your loan servicer will let you know if you are eligible for a payment refund, which would be mailed to you. Please check your online account with your loan servicer to ensure your address is correct so you can receive any refund.

**Other than confirming your address, you do not have to take any further action to receive your discharge.** Your servicer will send you more details about the discharge, including which loans will be forgiven. Your Relevant Federal Student Loan debt will remain in forbearance and collections will be stopped until you receive relief. Your credit report will also be updated to reflect this discharge when it is complete.

If you have questions about this notice, please call our borrower defense hotline at 1-855-279-6207 from 8:00-8:00 ET on Monday-Friday or from 11:00-5:00 ET on Saturday or Sunday.

Sincerely,

*Richard Cordray*

Richard Cordray
Chief Operating Officer
Federal Student Aid

**Federal Student Aid**
An OFFICE of the U.S. DEPARTMENT of EDUCATION

830 First Street, NE, Washington, D.C. 20002
StudentAid.gov/borrower-defense

# A GUIDE TO THE SWEET SETTLEMENT

Al Collins Graphic Design School
All-State Career School
Allentown Business School
American Career College
American Career Institute
American College for Medical Careers
American Commercial College
American InterContinental University
American National University
American University of the Caribbean
Anamarc College
Anthem College
Anthem Institute
Argosy University
Arizona Summit Law School
Art Institute (The)
Ashford University
ATI Career Training Center
ATI College of Health
ATI Technical Training Center
Bauder College
Beckfield College
Berkeley College
Blue Cliff College
Branford Hall Career Institute
Briarcliffe College
Brightwood Career Institute
Brightwood College
Brooks College
Brooks Institute
Brown College
Brown Institute
Brown Mackie College
California College San Diego
California Culinary Academy
California School of Culinary Arts
Capella University
Career Point College
Carrington College

Center for Employment Training
Chamberlain University
Charlotte School of Law
Chicago School of Professional Psychology
CollegeAmerica
Collins College
Colorado Technical University
Computer Systems Institute
Concorde Career College
Concorde Career Institute
Cooking and Hospitality Institute of Chicago
Court Reporting Institute
Court Reporting Institute of St Louis
Daymar College
DeVry College of Technology
Devry Institute of Technology
DeVry University
Dorsey College
Empire Beauty School
Everglades University
FastTrain
Florida Career College
Florida Coastal School of Law
Florida Technical College
Fortis College
Fortis Institute
Gibbs College
Globe University
Grand Canyon University
Gwinnett College
Hallmark Institute of Photography
Harrington College of Design
Harris School of Business
Illinois Institute of Art (The)
Independence University
Institute for Health Education (The)
International Academy of Design and Technology
ITT Technical Institute
Kaplan Career Institute

Kaplan College
Katharine Gibbs School
Keiser University
Keller Graduate School of Management
Kitchen Academy
La' James College of Hairstyling
La' James International College
Le Cordon Bleu
Le Cordon Bleu College of Culinary Arts
Le Cordon Bleu Institute of Culinary Arts
Lehigh Valley College
Lincoln College of Technology
Lincoln Technical Institute
Marinello School of Beauty
McCann School of Business & Technology
McIntosh College
Medtech College
Miami International University of Art & Design
Miami-Jacobs Career College
Micropower Career Institute
Miller Motte Business College
Miller-Motte College
Miller-Motte Technical College
Minnesota School of Business
Missouri College
Mount Washington College
National University College
New England College of Business and Finance
New England Institute of Art (The)
NUC University
Orlando Culinary Academy
Pennsylvania Culinary Institute
Pittsburgh Career Institute
Purdue University Global
Radians College
Remington College
Robert Fiance Beauty Schools
Robert Fiance Hair Design Institute
Robert Fiance Institute of Florida

Ross University School of Medicine
Ross University School of Veterinary Medicine
Salter College
Sanford-Brown College
Sanford-Brown Institute
School of Computer Technology
Scottsdale Culinary Institute
South University
Southern California School of Culinary Arts
Southern Technical College
Star Career Academy
Stevens-Henager
Suburban Technical School
Sullivan and Cogliano Training Centers
Texas Culinary Academy
Tucson College
Ultrasound Diagnostic Schools
United Education Institute
University of Phoenix
University of the Rockies
Vatterott College
Virginia College
Walden University
Washington Business School
Western Culinary Institute
Western International University
Western School of Health and Business Careers
Western State University College of Law
Westwood College
Wilfred Academy
Wilfred Academy of Beauty Culture
Wilfred Academy of Hair & Beauty Culture
Wright Business School
Wright Career College

# NAVIENT.

VALERIE TOLSON
Account Profile →

Log Out

Do you have student loan interest to claim? Tax statements are available! Learn more →

## All Loan Details As of 02/09/2023 (ET)

Loan: All Loans 

Print

**Total Current Balance: $0.00**

## All Loan Details

| Loan ⌃ *prap* | Current Balance | Interest Rate | Due Date |
|---|---|---|---|
| 1-01 Stafford - Subsidized | $0.00 | 4.230% | No Due Date |
| 1-02 Stafford - Unsubsidized | $0.00 | 4.230% | No Due Date |
| 1-03 Stafford - Unsubsidized | $0.00 | 4.230% | No Due Date |
| 1-05 Stafford - Subsidized | $0.00 | 4.230% | No Due Date |
| 1-06 Stafford - Unsubsidized | $0.00 | 4.230% | No Due Date |
| 1-07 Stafford - Subsidized | $0.00 | 4.230% | No Due Date |
| 1-08 Stafford - Unsubsidized | $0.00 | 4.230% | No Due Date |
| 1-09 Stafford - Unsubsidized | $0.00 | 4.230% | No Due Date |
| 1-10 Stafford - Subsidized | $0.00 | 4.230% | No Due Date |
| 1-11 Stafford - Unsubsidized | $0.00 | 4.230% | No Due Date |
| 1-12 Stafford - Subsidized | $0.00 | 4.230% | No Due Date |
| 1-13 Stafford - Unsubsidized | $0.00 | 4.230% | No Due Date |
| 1-14 Stafford - Subsidized | $0.00 | 4.230% | No Due Date |
| 1-15 Stafford - Unsubsidized | $0.00 | 4.230% | No Due Date |
| 1-16 Stafford - Unsubsidized | $0.00 | 4.230% | No Due Date |
| 1-17 Stafford - Subsidized | $0.00 | 4.230% | No Due Date |
| 1-18 Stafford - Unsubsidized | $0.00 | 4.230% | No Due Date |
| 1-19 Stafford - Subsidized | $0.00 | 4.230% | No Due Date |
| 1-20 Stafford - Unsubsidized | $0.00 | 4.230% | No Due Date |
| 2-01 Stafford - Subsidized | $0.00 | 6.800% | No Due Date |
| 2-02 Stafford - Unsubsidized | $0.00 | 6.800% | No Due Date |
| 2-03 Stafford - Unsubsidized | $0.00 | 6.800% | No Due Date |
| 2-04 Stafford - Subsidized | $0.00 | 6.800% | No Due Date |
| 2-05 Stafford - Unsubsidized | $0.00 | 6.800% | No Due Date |
| 2-06 Stafford - Subsidized | $0.00 | 6.800% | No Due Date |

ABOUT US | TERMS OF USE | PROTECTING YOUR PRIVACY | CALIFORNIA PRIVACY RIGHTS | SOCIAL MEDIA POLICIES | ABOUT OUR ADS | SITE MAP | ACCESSIBILITY | CONTACT US

© 2021 – Navient Solutions, LLC. All rights reserved. Navient and the Navient logo are registered service marks of Navient Solutions, LLC. Other logos are trademarks or service marks of their respective owners. Navient Corporation and its subsidiaries, including Navient Solutions, LLC, are not sponsored by or agencies of the United States of America.

Do you have student loan interest to claim? Tax statements are available! Learn more →

# NAVIENT.



VALERIE TOLSON
Account Profile →      Log Out



Alerts | Profile | Learn

**Account Summary** As of 02/09/2023 (ET)

- Account Summary
- $ Make a Payment ∨
- Auto Pay
- Loan Details
- Account History
- Repayment Options
- Inbox/Upload
- Tools & Requests
- Tax Statements
- Help Center

## $0 Balance Loans ⓘ

| Loan | Date | Status |
|---|---|---|
| 1-01 Stafford - Subsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-02 Stafford - Unsubsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-03 Stafford - Unsubsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-05 Stafford - Subsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-06 Stafford - Unsubsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-07 Stafford - Subsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-08 Stafford - Unsubsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-09 Stafford - Unsubsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-10 Stafford - Subsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-11 Stafford - Unsubsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-12 Stafford - Subsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-13 Stafford - Unsubsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-14 Stafford - Subsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-15 Stafford - Unsubsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-16 Stafford - Unsubsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-17 Stafford - Subsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-18 Stafford - Unsubsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-19 Stafford - Subsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 1-20 Stafford - Unsubsidized | 10/02/2018 | Paid by ILLINOIS STUDENT... |
| 2-01 Stafford - Subsidized | 08/29/2018 | Paid by USA FUNDS |
| 2-02 Stafford - Unsubsidized | 08/29/2018 | Paid by USA FUNDS |
| 2-03 Stafford - Unsubsidized | 08/29/2018 | Paid by USA FUNDS |
| 2-04 Stafford - Subsidized | 08/29/2018 | Paid by USA FUNDS |
| 2-05 Stafford - Unsubsidized | 08/29/2018 | Paid by USA FUNDS |
| 2-06 Stafford - Subsidized | 08/29/2018 | Paid by USA FUNDS |

View all Loan Details →

## Recent Payments ⓘ

Date ▾         Amount ▾  Status ▾         Coming From ▾

**No Recent Payments**

View all Account History →

ABOUT US ☑ | TERMS OF USE ☑ | PROTECTING YOUR PRIVACY ☑ | CALIFORNIA PRIVACY RIGHTS ☑ | SOCIAL MEDIA POLICIES ☑ | ABOUT OUR ADS ⓘ | SITE MAP |
ACCESSIBILITY ☑ | CONTACT US ☑

© 2021 - Navient Solutions, LLC. All rights reserved. Navient and the Navient logo are registered service marks of Navient Solutions, LLC. Other logos are trademarks or service marks of their respective owners. Navient Corporation and its subsidiaries, including Navient Solutions, LLC, are not sponsored by or agencies of the United States of America.

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** <br> VALERIE FRANCES TOLSON | **DEFENDANTS** <br> Navient; ECMC (Ed. Credit Mgmt. Corp.) IL Student Asst. Commission (ISAC)/Ascedium |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br> Valerie Tolson, Pro Se <br> 5302 S. Cornell, Unit 2, Chicago, IL 60615 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only) <br> ■ Debtor  ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor  ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin <br> ■ Creditor  ☐ Other <br> ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Discharge of Relevant Federal Student loans taken under the Sweet v. Cardona Settlement - Borrower Defense Application #01445667 (Keller Graduate School of Management)

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
■ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 200,515.88 scheduled; $4,010.31 Principal Owed. |
| Other Relief Sought | |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 06 2023

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>VALERIE FRANCES TOLSON | BANKRUPTCY CASE NO.<br>18-13351 | |
| DISTRICT IN WHICH CASE IS PENDING<br>NORTHERN ILLINOIS | DIVISION OFFICE<br>EASTERN | NAME OF JUDGE<br>JACQUELINE COX |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| | | |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | |
|---|---|
| *Valerie Tolson, Pro Se* (signature) | |
| DATE<br>March 6, 2023 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Valerie Frances Tolson |

### INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.