UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: VENUS OM, | ) | No. 23-947 |
| | ) | |
| Debtor. | ) | Chapter 13 |
| VENUS OM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Barnes |
| v. | ) | |
| | ) | No. 23-66 |
| U.S. DEPARTMENT OF EDUCATION and EDUCATIONAL CREDIT MANAGEMENT CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 41, the parties stipulate to the dismissal of the above captioned adversary proceeding. The parties further stipulate that dismissal is without prejudice, including with respect to plaintiff Venus Om filing an adversary proceeding at a later date to obtain a determination that her student loan debt is subject to discharge in the above captioned bankruptcy case.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ David H. DeCelles                     /s/ Mark E. Bredow
    DAVID H. DeCELLES                 MARK BREDOW
    Assistant United States Attorney        The Semrad Law Firm
    219 South Dearborn Street              11101 S. Western Avenue
    Chicago, Illinois 60604                    Chicago, IL 60643
    (312) 353-4220                              312-680-1817
    david.decelles@usdoj.gov              mbredow@semradlaw.com

/s/ Saskia Nora Bryan
SASKIA NORA BRYAN
Latimer LeVay Fyock LLC
55 W. Monroe St., Suite 1100
Chicago, Illinois 60603
(312) 422-8000
sbryan@llflegal.com