UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | |
|---|---|
| In Re:<br>Valerie Francis Tolson, | ) BK No.:   18-13351 |
| | ) Chapter:  7 |
| | ) Honorable Jacqueline P Cox |
| Debtor(s)<br>Valerie Francis Tolson, | ) Adv. No.: 23-00050 |
| Plaintiff(s)<br>Navient, Illinois Student Assistance Company, ECMC<br>Educational Credit Management Corporation, et. al.<br><br>Defendant(s) | ) |

**Order Dismissing Complaint as Moot**

THIS CAUSE coming before the Court on the Motion of Defendant, Educational Credit Management Corporation, to Dismiss Complaint as Moot, due notice given and the Court being fully advised, IT IS HEREBY ORDERD:

1. The Complaint herein is dismissed as moot, with prejudice, and with each party bearing their own costs and fees.

Enter:    *Jacqueline P. Cox*
_____

Honorable Jacqueline P. Cox

United States Bankruptcy Judge

Dated:  June 12, 2023

**Prepared by:**

Saskia Nora Bryan
Latimer LeVay Fyock
55 W. Monroe St. Suite 1100
Chicago, IL  60657